UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MITCHELL BENAVIDES, aka MARK RODRIGUEZ, aka ALEX FLORES, aka OLWAYS AARONSON FLORES, aka MITCHELL BENAVIDAS, aka MITCHELL BENIVEDES,<br><br>　　　　　Petitioner,<br><br>vs.<br><br>LARRY SMALL, WARDEN,<br><br>　　　　　Respondent. | Case No. CV 09-0692-FMC(RC)<br><br>ORDER ADOPTING FINAL REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

　　　Pursuant to 28 U.S.C. Section 636, the Court has reviewed the Petition and other papers along with the attached Final Report and Recommendation of United States Magistrate Judge Rosalyn M. Chapman, as well as petitioner's Objections, and has made a _de novo_ determination.

　　　IT IS ORDERED that (1) the Final Report and Recommendation is approved and adopted; (2) the Final Report and Recommendation is adopted as the findings of fact and conclusions of law herein; and (3) Judgment shall be entered denying the petition for writ of habeas

corpus and dismissing the action with prejudice.

IT IS FURTHER ORDERED that the Clerk shall serve copies of this Order, the Magistrate Judge's Final Report and Recommendation and Judgment by the United States mail on petitioner.

DATED:    July 9, 2009

_____
        FLORENCE-MARIE COOPER
      UNITED STATES DISTRICT JUDGE

R&Rs\09-0692.ado2
7/7/09