UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MITCHELL BENAVIDES, aka MARK RODRIGUEZ, aka ALEX FLORES, aka OLWAYS AARONSON FLORES, aka MITCHELL BENAVIDAS, aka MITCHELL BENIVEDES,<br><br>        Petitioner,<br><br>vs.<br><br>LARRY SMALL, WARDEN,<br><br>        Respondent. | Case No. CV 09-0692-FMC(RC)<br><br>JUDGMENT |

    Pursuant to the Order of the Court adopting the findings, conclusions, and recommendations of United States Magistrate Judge Rosalyn M. Chapman,

    IT IS ADJUDGED that the petition for writ of habeas corpus is denied and the action is dismissed with prejudice.

DATE: <u>July 9, 2009</u>

                                          FLORENCE-MARIE COOPER
                                        UNITED STATES DISTRICT JUDGE

R&R\09-0692.jud
6/17/09